LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No. 114533
Kelley S. Kern, CSB No. 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Tel: 916-974-8500 Fax: 916-974-8510

Attorneys for Defendants County of Sacramento,
Sheriff Scott R. Jones, Deputy S. Daniels,
Deputy Fidler and Deputy McKersie (erroneously sued as Cpl. McKersey)

LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:    510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
Earl Thomas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SACRAMENTO COUNTY; SCOTT R. JONES, SHERIFF OF SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND CPL. McKERSEY; SERG KEREZ; ARES MANAGEMENT, LLC; 99 CENTS ONLY STORES, LLC; and DOES 1-20, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:15-cv-01952-TLN-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AS TO DEFENDANTS SACRAMENTO COUNTY; SCOTT R. JONES, SHERIFF OF SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND CPL. McKERSEY ONLY** |

Plaintiff is represented by the Law Offices of Paul L. Rein and The Law Office of Anthony E. Goldsmith. Defendants County of Sacramento, Sheriff Scott R. Jones, Deputy S.

1  Daniels, Deputy Fidler and Deputy McKersie (erroneously sued as Cpl. McKersey) are
2  represented by John A. Lavra and Kelley S. Kern of Longyear, O'Dea & Lavra, LLP.
3      Defendants have recently been served with the complaint and through their counsel, have
4  met and conferred with Plaintiff's counsel. Good cause exists to extend the date for Defendants
5  to file and serve a responsive pleading.
6      The parties have agreed to extend the date for Defendants to file and serve their
7  responsive pleading to **November 6, 2015**.

IT IS SO STIPULATED:

Dated: October 12, 2015    LAW OFFICES OF PAUL L. REIN
    THE LAW OFFICE OF ANTHONY E. GOLDSMITH

    By:___ */s/ Celia McGuinness*_____
        CELIA MCGUINNESS
        Attorneys for Plaintiff

Dated: October 12, 2015    LONGYEAR, O'DEA & LAVRA, LLP

    By:__ */s/ Kelley S. Kern*_____
        KELLEY S. KERN
        Attorneys for Defendants County of
        Sacramento, Sheriff Scott R. Jones, Deputy
        S. Daniels, Deputy Fidler and Deputy
        McKersie

IT IS SO ORDERED:

Dated: October 15, 2015

    _____
    Troy L. Nunley
    United States District Judge