LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:	510/832-5001
Facsimile:	510/832-4787
reinlawoffice@aol.com

ANTHONY E. GOLDSMITH, Esq. (SBN 125621)
LAW OFFICES OF ANTHONY E. GOLDSMITH
1841 Arteique Rd
Topanga, CA 90290
Telephone: (818) 343-1370
Facsimile: (310) 455-2968
info@goldsmithlawoffices.com

Attorneys for Plaintiff
Earl Thomas

*Counsel for Defendants Appear After the Caption

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARL THOMAS,<br><br>         Plaintiff,<br><br>    vs.<br><br>SACRAMENTO COUNTY; SCOTT R. JONES, SHERIFF OF SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND CPL. McKERSEY; SERG KEREZ; ARES MANAGEMENT, LLC; 99 CENTS ONLY STORES, LLC; and DOES 1-20, INCLUSIVE,<br><br>         Defendants. | Case No. 2:15-cv-01952-TLN-EFB<br><br>**STIPULATION AND ORDER TO RESCHEDULE BRIEFING SCHEDULE ON DEFENDANTS SACRAMENTO COUNTY; SCOTT R. JONES, SHERIFF OF SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND CPL. McKERSEY'S MOTION TO DISMISS** |

1

LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No. 114533
Kelley S. Kern, CSB No. 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Tel: 916-974-8500 Fax: 916-974-8510

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SHERIFF SCOTT R. JONES, DEPUTY S. DANIELS,
DEPUTY FIDLER, and DEPUTY McKERSIE (erroneously sued as Cpl. McKERSEY)

ANDREW S. PAULY (SBN 90145) and
RICHARD G. STOLL (SBN 222442), Members of SHORELINE, A Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 451-8001
Facsimile: (310) 395-5961
apauly@shoreline-law.com
rstoll@shoreline-law.com

Attorneys for Defendants
99 CENTS ONLY STORES LLC,
ARES MANAGEMENT, LLC, and SERG KEREZ

     Plaintiff is represented by the Law Offices of Paul L. Rein and The Law Office of Anthony E. Goldsmith, and Defendants County of Sacramento, Sheriff Scott R. Jones, Deputy S. Daniels, Deputy Fidler and Deputy McKersie (erroneously sued as Cpl. McKersey) are represented by John A. Lavra and Kelley S. Kern of Longyear, O'Dea & Lavra, LLP. Defendants 99 Cents Only Store LLC, Ares Management, LLC, and Serge Kerez are represented by Andrew Pauly and Richard Stoll of Shoreline, A Law Corporation.[1] The parties hereby stipulate to the following, and request the Court change the hearing date and briefing schedule as specified below:

     1.    Plaintiff granted Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT R. JONES, DEPUTY S. DANIELS, DEPUTY FIDLER, and DEPUTY McKERSIE (erroneously sued as Cpl. McKERSEY) (collectively, the "Moving Defendants") a three week extension of time to respond to the complaint on October 16, 2015.

---

[1] A Stipulation and Proposed Order dismissing defendant Ares Management, LLC without prejudice was filed on November 16, 2015 (Docket No. 19).

2. Moving Defendants served Plaintiff with their motion to dismiss on November 6, 2015, with a hearing date set for December 10, 2015.

3. Due to Plaintiff's counsel's heavy litigation schedules in other cases in the midst of the holiday season, Plaintiff requests an extension of the hearing date and corresponding opposition and reply dates. Specifically, plaintiff's counsel Celia McGuinness, who will be arguing the opposition to the motion, has a deposition scheduled all day on December 10th.

4. Having coordinated their calendars to find the earliest mutually-available date, the parties stipulate and hereby request that the hearing date for Moving Defendants' motion to dismiss be set on February 11, 2016, with Plaintiff's opposition due on January 28, 2016, and Moving Defendants' reply due on February 4, 2016.

IT IS SO STIPULATED:

Dated: November 18, 2015

LAW OFFICES OF PAUL L. REIN
THE LAW OFFICE OF ANTHONY E. GOLDSMITH

By: _/s/ Celia McGuinness_____
CELIA MCGUINNESS
Attorneys for Plaintiff
EARL THOMAS

Dated: November 18, 2015

LONGYEAR, O'DEA & LAVRA, LLP

By: _/s/Kelley s. Kern_____
KELLEY S. KERN
Attorneys for Defendants
COUNTY OF SACRAMENTO, SHERIFF SCOTT R. JONES, DEPUTY S. DANIELS, DEPUTY FIDLER, and DEPUTY McKERSIE (erroneously sued as Cpl. McKERSEY)

//
//
//

1  Dated: November 18, 2015                SHORELINE, A Law Corporation

2                                          ANDREW S. PAULY
                                           RICHARD G. STOLL
3

4
                                           By: /s/ Richard G. Stoll
5                                          RICHARD G. STOLL
                                           Attorneys for Defendants
6                                          99 CENTS ONLY STORES LLC,
                                           ARES MANAGEMENT, LLC, and SERG KEREZ
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
1953120.1 - 89079.532

**ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the hearing date for Defendants' motion to dismiss is set for February 11, 2016, at 2:00 p.m., with Plaintiff's opposition due on January 28, 2016, and Defendants' reply due on February 4, 2016.

IT IS SO ORDERED:

Dated: November 19, 2015

_____
Troy L. Nunley
United States District Judge