LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No. 114533
Kelley S. Kern, CSB No. 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Tel: 916-974-8500 Fax: 916-974-8510

Attorneys for Defendants County of Sacramento,
Sheriff Scott R. Jones, Deputy S. Daniels,
Deputy Fidler and Sergeant McKersie

LAW OFFICES OF PAUL L. REIN
Paul L. Rein, Esq. (SBN 43053)
Celia McGuinness, Esq. (SBN 159420)
200 Lakeside Drive, Suite A
Oakland, CA 94612
Tel: 510-832-5001 Fax: 510-832-4787

and

LAW OFFICES OF ANTHONY E. GOLDSMITH
Anthony E. Goldsmith, Esq. (SBN 125621)
1841 Arteique Rd
Topanga, CA 90290
Tel: (818) 343-1370 Fax: (310) 455-2968

Attorneys for Plaintiff
Earl Thomas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL THOMAS,<br><br>        Plaintiff,<br><br>    vs.<br><br>SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT. McKERSEY; SERG KEREZ; 99 CENTS ONLY STORES, LLC; and DOES 1-20, INCLUSIVE,<br><br>        Defendants. | Case No. 2:15-cv-01952-TLN-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT McKERSEY TO RESPOND TO FIRST AMENDED COMPLAINT** |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT McKERSEY TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiff is represented by the Law Offices of Paul L. Rein and The Law Office of Anthony E. Goldsmith. Defendants County of Sacramento, Deputy S. Daniels, Deputy Fidler and Sergeant McKersie are represented by John A. Lavra and Kelley S. Kern of Longyear, O'Dea & Lavra, LLP, (County Defendants).

Defendants have recently been served with the First Amended Complaint and through their counsel the County Defendants have met and conferred with Plaintiff's counsel. Good cause exists to extend the date for County Defendants to file and serve a responsive pleading.

The parties have agreed to extend the date for Defendants to file and serve their responsive pleading to April 17, 2017.

Dated: March 20, 2017         LONGYEAR, O'DEA & LAVRA, LLP

                              By: */s/ Kelley S. Kern*
                              KELLEY S. KERN
                              Attorney for Defendants, County of Sacramento,
                              Sheriff Scott R. Jones, Deputy S. Daniels, Deputy
                              Fidler and Deputy McKersie

Dated: March 15, 2017         LAW OFFICES OF PAUL L. REIN /
                              LAW OFFICES OF ANTHONY E. GOLDSMITH

                              By: */s/ Celia McGuinness*
                              PAUL L. REIN
                              CELIA McGUINNESS
                              ANTHONY E. GOLDSMITH
                              Attorneys for Plaintiff, Earl Thomas

# ORDER

The parties having so stipulated and agreed, IT IS HEREBY ORDERED:

County Defendants to respond to Plaintiff's First Amended Complaint on or before April 17, 2017.

Dated: March 20, 2017

_____
Troy L. Nunley
United States District Judge