SHORELINE,
A Law Corporation
ANDREW S. PAULY (SBN 90145)
RICHARD G. STOLL (SBN 222442)
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Tel: (310) 451-8001; Fax: (310) 395-5961
apauly@shoreline-law.com

Attorneys for Defendants
99 CENTS ONLY STORES LLC and SERG KEREZ

LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
200 Lakeside Drive, Suite A
Oakland, CA 94612
Tel: (510) 832-5001; Fax: (510) 832-4787
E-Mail: reinlawoffice@aol.com

and

LAW OFFICES OF ANTHONY E. GOLDSMITH
Anthony E. Goldsmith, Esq. (SBN 125621)
1841 Arteique Road
Topanga, CA 90290
Tel: (818) 343-1370; Fax: (310) 455-2668
E-Mail: info@goldsmithlawoffices.com

Attorneys for Plaintiff EARL THOMAS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

EARL THOMAS,

Plaintiff,

vs.

SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT McKERSEY; SERG KEREZ; 99 CENTS ONLY STORES, LLC; and DOES 1-20, INCLUSIVE,

Defendants.

Case No. 2:15-cv-01952 TLN-EFB

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS 99 CENTS ONLY STORES LLC AND SERG KEREZ TO ANSWER THE FIRST AMENDED COMPLAINT**

Plaintiff Earl Thomas ("Plaintiff") is represented by the Law Offices of Paul L. Rein and The Law Offices of Anthony E. Goldsmith. Defendants 99 Cents Only Stores LLC and Serg Kerez ("Non-Government Defendants") are represented by Andrew S. Pauly and Richard G. Stoll of Shoreline, A Law Corporation.

Non-Government Defendants have recently been served with the First Amended Complaint. Through their counsel, Non-Government Defendants have met and conferred with Plaintiff's counsel. Good cause exists to extend the date for Non-Government Defendants to file and serve their answers to the First Amended Complaint.

The parties have agreed to extend the date for Non-Government Defendants to file and serve their answers to April 17, 2017.

DATED: March 24, 2017.

Respectfully submitted,

SHORELINE,
A Law Corporation

ANDREW S. PAULY
RICHARD G. STOLL

By: /s/ Richard G. Stoll
RICHARD G. STOLL, a Member of SHORELINE, A Law Corporation,
Attorneys for Defendants 99 CENTS ONLY STORES LLC and SERG KEREZ

DATED: March 24, 2017.

Respectfully submitted,

LAW OFFICES OF PAUL L. REIN
LAW OFFICES OF ANTHONY E. GOLDSMITH

By: /s/ Celia McGuinness
PAUL L. REIN
CELIA MCGUINNESS
ANTHONY E. GOLDSMITH
Attorneys for Plaintiff EARL THOMAS



**ORDER**

The parties having so stipulated and agreed, IT IS HEREBY ORDERED:

Non-Government Defendants shall file their answers to Plaintiff's First Amended Complaint on or before April 17, 2017.

DATED: March 24, 2017

Troy L. Nunley
United States District Judge