| | |
|---|---|
| PAUL L. REIN, Esq. (SBN 43053)<br>LAW OFFICES OF PAUL L. REIN<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>Telephone: 510/832-5001<br>Facsimile: 510/832-4787<br>reinlawoffice@aol.com<br><br>Attorneys for Plaintiff<br>EARL THOMAS<br><br>*Defendants' counsel listed after the caption* | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| EARL THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT McKERSEY; SERG KEREZ; 99 CENTS ONLY STORES, LLC; and DOES 1-20, INCLUSIVE,<br><br>        Defendants. | Case No. 2:15-cv-01952-TLN-EFB<br><br>**STIPULATION AND ORDER CONTINUING ALL DEADLINES AND TRIAL DATE** |

LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No. 114533
Kelley S. Kern, CSB No. 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Tel: 916-974-8500 Fax: 916-974-8510

Attorneys for Defendants
COUNTY OF SACRAMENTO,
DEPUTY S. DANIELS, DEPUTY FIDLER,
and SERGEANT McKERSIE (erroneously sued as Sergeant McKERSEY)

//

//

//

STIP AND [PROPOSED] ORDER
EXTENDING DEADLINES
CASE NO. 2:15-cv-01952-TLN-EFB

-- 1 --

ANDREW S. PAULY (SBN 90145)
RICHARD G. STOLL (SBN 222442),
SHORELINE, A Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 451-8001
Facsimile: (310) 395-5961

apauly@shoreline-law.com
rstoll@shoreline-law.com

Attorneys for Defendants
99 CENTS ONLY STORES, LLC,
and SERG KEREZ

Plaintiff EARL THOMAS ("Plaintiff") and Defendants SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT McKERSIE ("County Defendants"); and SERG KEREZ and 99 CENTS ONLY STORES, LLC ("99 Cents Defendants"); by and through their respective attorneys, hereby jointly stipulate and respectfully request the trial date and pretrial deadlines in this case be continued. Presently, trial in this case is scheduled to begin on April 29, 2019. This first request for an extension of time is based on the following good cause:

1. Plaintiff, who is 89 years old, has been dealing with personal and family health issues over the past six-months, including coordinating care for his terminally ill wife. These life circumstances have greatly impeded Plaintiff from participating fully in the preparation of his case and communicating with his counsel.

2. Due to Plaintiff's inability to participate in the case, Defendants have been unable to take Plaintiff's deposition, Plaintiff has been unable to respond to Defendants' written discovery, and Plaintiff has likewise been unable to conduct discovery.

3. The deadline to complete discovery in this matter is currently May 25, 2018; the Parties need additional time to conduct discovery in this matter. Dkt. No. 46. Without discovery the Parties cannot properly prepare for trial, or any settlement conference between Plaintiff and one or more Party-Defendants.

//

//

STIP AND ORDER
EXTENDING DEADLINES
CASE NO. 2:15-cv-01952-TLN-EFB

-- 2 --

Based on the foregoing, the parties jointly stipulate and request that the Court continue all case deadlines by nine months, including continuing the trial date from April 29, 2019, to January 27, 2020, and request continuing the associated case deadlines as follows:

| | |
|---|---|
| Fact discovery cut-off: | January 25, 2019 |
| Expert disclosure: | March 29, 2019 |
| Expert rebuttal: | April 18, 2019 |
| Expert discovery cut-off: | May 17, 2019 |
| Hearing of dispositive motions: | September 5, 2019 |
| Joint pretrial conference statement: | November 7, 2019 |
| Pretrial conference: | November 14, 2019 |
| Trial briefs: | January 13, 2020 |
| Trial: | January 27, 2020 |

Dated: February 28, 2018            LAW OFFICES OF PAUL L. REIN.


                                By    */s/ Paul L. Rein*
                                      PAUL L. REIN
                                      Attorneys for Plaintiff
                                      EARL THOMAS


Dated: February 28, 2018            LONGYEAR, O'DEA & LAVRA, LLP


                                By    */s/ Kelley S. Kern*
                                      KELLEY S. KERN
                                      Attorneys for Defendants
                                      COUNTY OF SACRAMENTO,
                                      SHERIFF SCOTT R. JONES, DEPUTY S.
                                      DANIELS, DEPUTY FIDLER, and DEPUTY
                                      McKERSIE (erroneously sued as Cpl. McKERSEY)

| | | |
|---|---|---|
| Dated: February 28, 2018 | | SHORELINE, A Law Corporation |
| | By | */s/ Richard G. Stoll* |
| | | RICHARD G. STOLL |
| | | Attorneys for Defendant |
| | | 99 CENTS ONLY STORES LLC, |
| | | and SERG KEREZ |

**ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that the deadlines are reset as follows:

| | |
|---|---|
| Fact discovery cut-off: | January 25, 2019 |
| Expert disclosure: | March 29, 2019 |
| Expert rebuttal: | April 18, 2019 |
| Expert discovery cut-off: | May 17, 2019 |
| Hearing of dispositive motions: | September 5, 2019 |
| Joint pretrial conference statement: | November 7, 2019 |
| Pretrial conference: | November 14, 2019 |
| Trial briefs: | January 13, 2020 |
| Trial: | January 27, 2020 |

**IT IS SO ORDERED.**

Dated: February 28, 2018

Troy L. Nunley
United States District Judge