| | |
|---|---|
| 1 | PAUL L. REIN, Esq. (SBN 43053) |
| 2 | LAW OFFICES OF PAUL L. REIN<br>200 Lakeside Drive, Suite A |
| 3 | Oakland, CA 94612<br>Telephone: 510/832-5001 |
| 4 | Facsimile: 510/832-4787<br>reinlawoffice@aol.com |
| 5 | Attorneys for Plaintiff |
| 6 | EARL THOMAS |
| 7 | * *Defendants' counsel listed after the caption* |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| 10 | |

| | | |
|---|---|---|
| 11 | EARL THOMAS, | Case No. 2:15-cv-01952-TLN-EFB |
| 12 | Plaintiff, | **STIPULATION AND ORDER CONTINUING ALL DEADLINES AND** |
| 13 | v. | **TRIAL DATE** |
| 14 | SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. | **ORDER MODIFIED FROM SUBMITTED VERSION** |
| 15 | DANIELS, FIDLER AND SERGEANT McKERSEY; SERG KEREZ; 99 CENTS | |
| 16 | ONLY STORES, LLC; and DOES 1-20, INCLUSIVE, | |
| 17 | | |
| 18 | Defendants. | |

| | |
|---|---|
| 19 | LONGYEAR, O'DEA & LAVRA, LLP |
| 20 | John A. Lavra, CSB No. 114533<br>Kelley S. Kern, CSB No. 221265 |
| 21 | 3620 American River Drive, Suite 230<br>Sacramento, CA 95864 |
| 22 | Tel: 916-974-8500 Fax: 916-974-8510 |
| 23 | Attorneys for Defendants<br>COUNTY OF SACRAMENTO, |
| 24 | DEPUTY S. DANIELS, DEPUTY FIDLER,<br>and SERGEANT McKERSIE (erroneously sued as Sergeant McKERSEY) |
| 25 | |
| 26 | // |
| 27 | // |
| 28 | // |

| | |
|---|---|
| 1 | ANDREW S. PAULY (SBN 90145) |
| 2 | RICHARD G. STOLL (SBN 222442), SHORELINE, A Law Corporation |
| 3 | 1299 Ocean Avenue, Suite 400 Santa Monica, California 90401-1007 |
| 4 | Telephone: (310) 451-8001 Facsimile: (310) 395-5961 |
| 5 | apauly@shoreline-law.com |
| 6 | rstoll@shoreline-law.com |
| 7 | Attorneys for Defendants 99 CENTS ONLY STORES LLC |
| 8 | and SERG KEREZ |

Plaintiff EARL THOMAS ("Plaintiff") and Defendants SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT McKERSIE ("County Defendants"); and SERG KEREZ and 99 CENTS ONLY STORES LLC ("99 Cents Defendants"); by and through their respective attorneys, hereby jointly stipulate and respectfully request continuance of the January 27, 2020 trial date and all associated pretrial case deadlines. This second request for an extension of time is based on the following good cause:

1. Plaintiff's counsel filed a Motion to Withdraw as counsel in this matter on May 17, 2018. Dkt. No. 51. That Motion is still pending before the Court.

2. As stated in the Motion, due to the significant breakdown in the attorney-client relationship, Plaintiff and his counsel are unable to move forward with the case including conducting and responding to discovery.

3. The deadline to complete discovery in this matter is currently January 25, 2019; the Parties need additional time to conduct discovery in this matter. Dkt. No. 50. In light of the pending Motion to Withdraw as Counsel, Plaintiff's counsel would like to limit any potential prejudice to Plaintiff as much as possible by giving him sufficient time to prepare his case.

Based on the foregoing, the parties jointly stipulate and request that the Court continue all case deadlines by three months, including continuing the trial date from January 27, 2020, to April 27, 2020, and request continuing the associated case deadlines as follows:

| | |
|---|---|
| Fact discovery cut-off: | April 26, 2019 |
| Expert disclosure: | June 28, 2019 |
| Expert rebuttal: | July 18, 2019 |
| Expert discovery cut-off: | August 16, 2019 |
| Hearing of dispositive motions: | December 5, 2019 |
| Joint pretrial conference statement: | February 6, 2020 |
| Pretrial conference: | February 13, 2020 |
| Trial briefs: | April 13, 2020 |
| Trial: | April 27, 2020 |

Dated: September 10, 2018                LAW OFFICES OF PAUL L. REIN.


By      */s/ Paul L. Rein*
        PAUL L. REIN
        Attorneys for Plaintiff
        EARL THOMAS


Dated: September 10, 2018                LONGYEAR, O'DEA & LAVRA, LLP


By      */s/ Kelley S. Kern*
        KELLEY S. KERN
        Attorneys for Defendants
        COUNTY OF SACRAMENTO,
        SHERIFF SCOTT R. JONES, DEPUTY S.
        DANIELS, DEPUTY FIDLER, and DEPUTY
        McKERSIE (erroneously sued as Cpl. McKERSEY)

| | | |
|---|---|---|
| Dated: September 10, 2018 | | SHORELINE, A Law Corporation |
| | By | */s/ Richard G. Stoll* |
| | | RICHARD G. STOLL |
| | | Attorneys for Defendants |
| | | 99 CENTS ONLY STORES LLC |
| | | and SERG KEREZ |

1 **ORDER**

2 Pursuant to the parties' stipulation, it is hereby ordered that the deadlines are reset as
3 follows:

| | |
|---|---|
| Fact discovery cut-off: | April 26, 2019 |
| Expert disclosure: | June 28, 2019 |
| Expert rebuttal: | July 18, 2019 |
| Hearing of dispositive motions: | December 5, 2019 |
| **Joint pretrial conference statement:** | **February 13, 2020** |
| **Pretrial conference:** | **February 20, 2020, at 2:00 PM** |
| **Trial:** | **April 27, 2020, at 9:00 AM** |

**IT IS SO ORDERED.**

Dated: September 10, 2018

_____
Troy L. Nunley
United States District Judge