PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON (State Bar No. 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
EARL THOMAS

\* *Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| EARL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT McKERSEY; SERG KEREZ; 99 CENTS ONLY STORES, LLC; and DOES 1-20, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01952-TLN-EFB<br><br>**STIPULATION AND ORDER CONTINUING ALL DEADLINES AND TRIAL DATE** |

LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No. 114533
Kelley S. Kern, CSB No. 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Tel: 916-974-8500 Fax: 916-974-8510

Attorneys for Defendants
COUNTY OF SACRAMENTO,
DEPUTY S. DANIELS, DEPUTY FIDLER,
and SERGEANT McKERSIE (erroneously sued as Sergeant McKERSEY)

//

//

STIP AND ORDER
EXTENDING DEADLINES　　　　-- 1 --
CASE NO. 2:15-cv-01952-TLN-EFB

| | |
|---|---|
| 1 | ANDREW S. PAULY (SBN 90145) |
| 2 | RICHARD G. STOLL (SBN 222442), SHORELINE, A Law Corporation |
| 3 | 1299 Ocean Avenue, Suite 400 Santa Monica, California 90401-1007 |
| 4 | Telephone: (310) 451-8001 Facsimile: (310) 395-5961 |
| 5 | apauly@shoreline-law.com |
| 6 | rstoll@shoreline-law.com |
| 7 | Attorneys for Defendants 99 CENTS ONLY STORES LLC |
| 8 | and SERG KEREZ |

Plaintiff EARL THOMAS ("Plaintiff") and Defendants SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT McKERSIE ("County Defendants"); and SERG KEREZ and 99 CENTS ONLY STORES LLC ("99 Cents Defendants"); by and through their respective attorneys, hereby jointly stipulate and respectfully request continuance of the April 27, 2020, trial date and all associated pretrial case deadlines. This third request for an extension of time is based on the following good cause:

1. Plaintiff's counsel filed a Motion to Withdraw as counsel in this matter on May 17, 2018. Dkt. No. 51. That Motion is still pending before the Court.

2. As stated in the Motion, due to the significant breakdown in the attorney-client relationship, Plaintiff and his counsel are unable to move forward with the case including conducting and responding to discovery.

3. The deadline to complete discovery in this matter is currently April 26, 2019; the Parties need additional time to conduct discovery in this matter. Dkt. No. 55. In light of the pending Motion to Withdraw as Counsel, Plaintiff's counsel would like to limit any potential prejudice to Plaintiff as much as possible by giving him sufficient time to prepare his case.

Based on the foregoing, the parties jointly stipulate and request that the Court continue all case deadlines by five months, including continuing the trial date from April 27, 2020, to September 28, 2020, and request continuing the associated case deadlines as follows:

| | | |
|---|---|---|
| Fact discovery cut-off: | | September 25, 2019 |
| Expert disclosure: | | November 22, 2019 |
| Expert rebuttal: | | December 13, 2019 |
| Hearing of dispositive motions: | | May 7, 2020 |
| Joint pretrial conference statement: | | July 16, 2020 |
| Pretrial conference: | | July 23, 2020 |
| Trial: | | September 28, 2020 |

Dated: March 28, 2019    REIN & CLEFTON

By    */s/ Aaron Clefton*
AARON CLEFTON
Attorneys for Plaintiff
EARL THOMAS

Dated: March 28, 2019    LONGYEAR, O'DEA & LAVRA, LLP

By    */s/ Kelley S. Kern*
KELLEY S. KERN
Attorneys for Defendants
COUNTY OF SACRAMENTO,
SHERIFF SCOTT R. JONES, DEPUTY S. DANIELS, DEPUTY FIDLER, and DEPUTY McKERSIE (erroneously sued as Cpl. McKERSEY)

Dated: March 28, 2019    SHORELINE, A Law Corporation

By    */s/ Richard G. Stoll*
RICHARD G. STOLL
Attorneys for Defendants
99 CENTS ONLY STORES LLC
and SERG KEREZ

1 **ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that the deadlines are reset as follows:

| | |
|---|---|
| Fact discovery cut-off: | September 25, 2019 |
| Expert disclosure: | November 22, 2019 |
| Expert rebuttal: | December 13, 2019 |
| **Hearing of dispositive motions:** | **May 14, 2020** |
| **Joint pretrial conference statement:** | **July 16, 2020** |
| **Pretrial conference:** | **July 23, 2020, at 2:00 PM** |
| **Trial:** | **September 28, 2020, at 9:00 AM** |

**IT IS SO ORDERED.**

Dated: March 28, 2019

_____
Troy L. Nunley
United States District Judge