1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON (State Bar No. 318680)
2  REIN & CLEFTON, Attorneys at Law
   200 Lakeside Drive, Suite A
3  Oakland, CA 94612
   Telephone: 510/832-5001
4  Facsimile: 510/832-4787
   info@reincleftonlaw.com
5
   Attorneys for Plaintiff
6  EARL THOMAS

7  * *Defendants' counsel listed after the caption*

8
                  UNITED STATES DISTRICT COURT
9
          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
10

11

12 EARL THOMAS,                               Case No. 2:15-cv-01952-TLN-EFB

13         Plaintiff,                         **STIPULATION AND [PROPOSED]
                                              ORDER FOR DISMISSAL OF ACTION
14     v.                                     WITH PREJUDICE**

15 SACRAMENTO COUNTY; SACRAMENTO
   COUNTY SHERIFF'S DEPUTIES S.
16 DANIELS, FIDLER AND SERGEANT
   McKERSEY; SERG KEREZ; 99 CENTS
17 ONLY STORES, LLC; and DOES 1-20,
   INCLUSIVE,
18
          Defendants.
19
   LONGYEAR & LAVRA, LLP
20 John A. Lavra, CSB No. 114533
   Kelley S. Kern, CSB No. 221265
21 3620 American River Drive, Suite 230
   Sacramento, CA 95864
22 Tel: 916-974-8500 Fax: 916-974-8510

23 Attorneys for Defendants
   COUNTY OF SACRAMENTO,
24 DEPUTY S. DANIELS, DEPUTY FIDLER,
   and SERGEANT McKERSIE (erroneously sued as Sergeant McKERSEY)
25

26
   //
27
   //
28

STIP AND [PROPOSED] ORDER
EXTENDING DEADLINES                 -- 1 --
CASE NO. 2:15-cv-01952-TLN-EFB

1  ANDREW S. PAULY (SBN 90145)
2  RICHARD G. STOLL (SBN 222442),
   SHORELINE, A Law Corporation
3  1299 Ocean Avenue, Suite 400
   Santa Monica, California 90401-1007
4  Telephone: (310) 451-8001
   Facsimile: (310) 395-5961

5  apauly@shoreline-law.com
   rstoll@shoreline-law.com
6
7  Attorneys for Defendants
   99 CENTS ONLY STORES LLC
   and SERG KEREZ
8

9       Plaintiff EARL THOMAS ("Plaintiff") and Defendants SACRAMENTO COUNTY;

10  SACRAMENTO COUNTY SHERIFF'S DEPUTIES S. DANIELS, FIDLER AND SERGEANT

11  McKERSIE ("County Defendants"); and SERG KEREZ and 99 CENTS ONLY STORES LLC

12  ("99 Cents Defendants"); hereby stipulate and request, pursuant to FRCP Rule 41(a)(2), that the

13  Court dismiss all of Plaintiff's claims in this action against Defendants with prejudice.  Plaintiff

14  and Defendants have agreed to a full and complete settlement of all of Plaintiff's claims.

15  Dated:  September 27, 2019            REIN & CLEFTON
16

17
                              By    */s/ Aaron Clefton*
18                                  AARON CLEFTON
                                    Attorneys for Plaintiff
19                                  EARL THOMAS

20
21  Dated:  September 27, 2019            LONGYEAR, O'DEA & LAVRA, LLP
22

23
                              By    */s/ Kelley S. Kern*
24                                  KELLEY S. KERN
                                    Attorneys for Defendants
25                                  COUNTY OF SACRAMENTO,
                                    SHERIFF SCOTT R. JONES, DEPUTY S.
26                                  DANIELS, DEPUTY FIDLER, and DEPUTY
                                    McKERSIE (erroneously sued as Cpl. McKERSEY)
27

28

STIP TO DISMISS
CASE NO. 2:15-cv-01952-TLN-EFB            -- 2 --

Dated: September 27, 2019           SHORELINE, A Law Corporation

                          By   */s/ Richard G. Stoll*
                               RICHARD G. STOLL
                               Attorneys for Defendants
                               99 CENTS ONLY STORES LLC
                               and SERG KEREZ

1 | **PROPOSED] ORDER**

2   Pursuant to the Parties' stipulation, and for Good Cause shown, the Court dismisses

3 Plaintiff's claims in this action with prejudice.

4 **IT IS SO ORDERED.**

7 DATED: _____                    _____
8                                                                              Honorable Troy L. Nunley
                                                                               United States District Court Judge